AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Adaira Gardner,<br><br>Plaintiff(s),<br><br>v.<br><br>Daniel Holtzclaw, et al.,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-16-349-HE<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Daniel Hotlzclaw
C/O Warden, Lexington Assessment & Reception Center
P.O. Box 260, 15151 Highway 39
Lexington, OK 73051

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Colin R. Barrett
Bass Law P.C.
201 Robert S. Kerr, Suite 700
Oklahoma City, OK 73102

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
 11:18 am, Apr 18, 2016
CARMELITA REEDER SHINN, Clerk

By: _____
        Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*