**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ADAIRA GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:16-cv-00349-HE |
| | ) | |
| | ) | |
| DANIEL HOLTZCLAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**
**FOR DANIEL HOLTZCLAW AND BRIEF IN SUPPORT THEREOF**

Nick Oberheiden and Elizabeth K. Stepp of Oberheiden P.C. hereby file their motion to withdraw as counsel of record for Defendant Daniel Holtzclaw in this case based on professional considerations. There has been an irreparable breakdown of the relationship between attorney and client in this case, due to an inability to agree on terms and conditions for the continued representation of defendant. Mr. Holtzclaw will continue to be represented by his primary and lead counsel, Kathleen Zellner.

WHEREFORE, Counsel pray that this motion to withdraw be granted, and that they have such other and further relief to which they may be justly entitled.

/s/ Nick Oberheiden_____
Nick Oberheiden
NY Reg. No. 4619011
nick@federal-lawyer.com
Elizabeth K. Stepp
TX State Bar No. 00788467
eks@federal-lawyer.com
**OBERHEIDEN P.C.**
5728 LBJ Freeway, Suite 250
Dallas, Texas 75240
(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)
**ATTORNEYS FOR**
**DEFENDANT DANIEL**
**HOLTZCLAW**

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 25, 2019, I conferred with all counsel on the relief

requested in this motion, and was not informed of any objection to the relief requested.

/s/ Elizabeth K. Stepp
Elizabeth K. Stepp

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, the foregoing document was electronically filed

with the Clerk of Court using the CM/ECF system which will send notification of such

filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Elizabeth K. Stepp
Elizabeth K. Stepp