**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ADAIRA GARDNER, ET AL.,     )<br>                                           )<br>        Plaintiffs,   )<br>vs.                                   )<br>                                           )<br>DANIEL HOLTZCLAW, ET AL.,  )<br>                                         )<br>       Defendants.   ) | NO.  CIV-16-0349-HE |

### <u>ORDER</u>

The motion to withdraw of Nick Oberheiden, Esq., and Elizabeth K. Stepp, Esq., as counsel for defendant Daniel Holtzclaw [Doc. #70] is **GRANTED**.  The clerk of court is directed to strike Mr. Oberheiden and Ms. Stepp's names as counsel of record for defendant Holtzclaw.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2019.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE