# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADAIRA GARDNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 16-cv-00349-HE |
| | ) |
| THE CITY OF OKLAHOMA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL AND FILE APPEARANCE, INSTANTER

Now Comes Defendant, Daniel Holtzclaw, by and through his attorney, James L Hankins, and moves this Court to substitute counsel and file Appearance, Instanter and in support thereof, states as follows:

1. Undersigned counsel, James L Hankins, has been retained by Defendant to represent him in the above captioned case.

2. Undersigned counsel has contacted the Law Offices of Kathleen T. Zellner to notify the law firm of this motion.

3. The Law Offices of Kathleen T. Zellner have no objection to this substitution, as evidenced by the signatures of counsel below.

4. Undersigned Counsel's, James L. Hankins' Appearance is attached as Exhibit A.

5. Granting the instant motion will not prejudice or delay the proceedings.

WHEREFORE, Defendant respectfully requests this Court grant the instant motion to substitute counsel and file appearance, instanter, and allow the Law Offices of Kathleen T. Zellner to withdraw.

Respectfully submitted,

/s/ James L. Hankins
Timbrooke Business Center
929 N.W. 164th Street
Edmond, OK  73013
Phone:405.753.4150
Fax:405.445.4956
E-mail:jameshankins@ocdw.com
Web: www.ocdw.com


/s/ Kathleen T. Zellner
Kathleen T. Zellner, Admitted *Pro Hac Vice*

/s/ Douglas H. Johnson
Douglas H. Johnson, Admitted *Pro Hac Vice*

/s/ Nicholas M. Curran
Nicholas M. Curran, Admitted *Pro Hac Vice*

Former Attorneys for Defendant Holtzclaw
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Phone:  630-955-1212
Fax:  630-955-1111
Email:  attorneys@zellnerlawoffices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2019, I electronically transmitted the attached Motion to Substitute to the Clerk of the Court using the ECF System for filing. Based on the records currently in the file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Melvin Hall
Damario Solomon-Simmons
Benjamin L. Crump
Ambre C. Gooch
Lorenzo A. Banks
Richard C. Smith
Nick Oberheiden
Kathleen T. Zellner
Douglas H. Johnson

/s/ James L. Hankins
James L. Hankins