UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

ADAIRA GARDNER )
)
)
Plaintiff(s) )
)
vs. ) CASE NO. 5:16-CV-00349-HE
CITY OF OKLAHOMA CITY, ET. AL. )
)
)
Defendant(s) )
)

**NOTICE OF APPEAL**

Notice is hereby given that  Adaira Gardner

☒ Plaintiff(s)   Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on August 2, 2022.

/s/Andrew M. Casey
Signature

Andrew M. Casey
Printed Name

400 N. Walker Ave.
Mailing Address

Oklahoma City, Oklahoma, 73102
City, State, Zip

405.232.1515                405.232.1656
Phone No.                        Fax No.

casey@hchokc.com
Email Address

Rvsd 10-09